UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL LOPEZ, an individual,<br><br>                                     Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>                                     Defendants. | Case No.: 21-CV-1776 JLS (AGS)<br><br>**ORDER (1) RECUSING FROM CASE AND (2) REQUESTING REASSIGNMENT** |

Presently before the Court is Defendant Ford Motor Company's Notice of Removal (ECF No. 1).  The undersigned **HEREBY RECUSES** from this case and **REQUESTS** that another District Judge be assigned.

**IT IS SO ORDERED.**

Dated:  October 18, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge